IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL HOWARD,** | : |
| Plaintiff, | : |
| v. | : |
| | : CIVIL ACTION NO. 18-3997 |
| **CHESTER COUNTY OFFICE OF** | : |
| **JUVENILE PROBATION AND** | : |
| **PAROLE, et al.,** | : |
| | : |
| Defendants. | : |

# ORDER

**AND NOW**, this 30th day of August 2019, upon consideration of Defendants' motions to dismiss [Doc. Nos. 9, 14, 15, and 16], to which no responses were filed, it is hereby **ORDERED** that the motions are **GRANTED** as follows:

1. All claims against Defendant Chester County Office of Juvenile Probation and Parole and Probation Officers Jamie Durning and Melissa Creedon in their official capacities are dismissed with prejudice, except the claim for injunctive relief seeking to enjoin the juvenile court proceedings, which is dismissed without prejudice.

2. All other constitutional and statutory claims against remaining Defendants are dismissed with prejudice, except as follows:

    a. Plaintiff's claims under §§ 1985 and 1986 are dismissed without prejudice and with leave to amend.

    b. As to Officers Jamie Durning and Melissa Creedon in their individual capacities, Plaintiffs claims under § 1983 are dismissed without prejudice and with leave to amend.

    c. As to the Tredyffrin Easttown School District, the claims under § 1983, the IDEA claim, and the ADA claim, are dismissed without prejudice and with leave to amend.

    d. As to the Platt, DiGiorgio and DiFabio Law Firm, and Attorneys Vincent DiFabio and Keith DiFabio the claims under § 1983 are dismissed without prejudice and with leave to amend.

It is further **ORDERED** that, if Plaintiff so chooses, he may file an Amended Complaint as to those claims dismissed without prejudice, consistent with this Court's Memorandum Opinion, by **September 26, 2019.**

It is so **ORDERED.**

BY THE COURT:
/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**